**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CALVIN FORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EXEL, INC, | : | CIVIL ACTION |
| | : | |
| Defendant, | : | 08-cv-1735 |
| | : | |
| V. | : | |
| | : | |
| RANSTAD NORTH AMERICA, | : | |
| | : | |
| Third Party Defendant. | : | |

**ORDER**

AND NOW, this 11th day of June, 2009, upon consideration of Third Party Defendant, Randstad North America's, Motion for Summary Judgment (Doc. No. 27) and Defendant, Exel Inc.'s, Response in Opposition (Doc. No. 28), it is ORDERED that the Motion for Summary Judgment is GRANTED.  It is further ORDERED that the remaining claim against Third Party Defendant Randstad is DISMISSED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.